IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFFLICTION HOLDINGS, LLC, | No   C 10-0933 VRW |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v | |
| SIMON CHEN et al, | |
| Defendants. / | |

On September 7, 2010, the court entered an order permitting counsel for plaintiff to withdraw.  No substitute counsel has entered an appearance for plaintiff.

Accordingly, plaintiff is hereby ORDERED to SHOW CAUSE in writing on or before October 1, 2010 why the case should not be dismissed for failure to prosecute pursuant to FRCP 41(b).  Failure to respond to this order shall be deemed grounds to dismiss the case.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge