IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AFFLICTION HOLDINGS, LLC,               No   C 10-0933 VRW

    Plaintiff,                          ORDER

    v

SIMON CHEN et al,

    Defendants.
_____/

    On September 7, 2010, the court entered an order permitting counsel for plaintiff to withdraw and ordered plaintiff to show cause why the case should not be dismissed for failure to prosecute. Doc ##43, 44. No substitute counsel has entered an appearance for plaintiff. Plaintiff failed to file a response to the order to show cause, and the deadline for doing so has passed. Accordingly, the case is hereby DISMISSED pursuant to FRCP 41(b) for failure to prosecute. The clerk is DIRECTED to terminate all motions and close the file.

    IT IS SO ORDERED.

```
                              VAUGHN R WALKER
                              United States District Chief Judge
```